John B. Thorsness
Clapp, Peterson, Tiemessen,
   Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, AK 99501
(907) 272-9272 – phone
(907) 272-9586 – fax
usdc-anch-ntc@cplawak.com
Attorneys for Defendant
Blue Cross Blue Shield of Illinois

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DANIELLE-SUSANNE K. WAGNER,<br><br>     Plaintiff,<br><br> vs.<br><br>BLUE CROSS BLUE SHIELD OF ILLINOIS, A DIVISION OF HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY,<br><br>     Defendant. | Case No. 3:14-cv-00213-JWS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**(Civil Rule 41(a)(1)(A)(ii))** |

   The parties, by and through their respective attorneys of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)) as follows:

   1. All of Plaintiff's claims against the Defendant which were, or which could have been, the subject of the above-captioned action, shall be dismissed with prejudice;

   2. The parties shall each bear their own costs and attorney's fees incurred in connection with the above-captioned action.

STIPULATION OF DISMISSAL WITH PREJUDICE (Civil Rule 41(a)(1)(A)(ii))
*Wagner v. Blue Cross Blue Shield of Illinois*, Case No. 3:14-cv-00213-JWS
Page 1 of 2

DATED: 1-8-16

JONES LAW GROUP LLC
Attorneys for Plaintiff

By _____
Steven L. Jones
ABA No. 9311102

DATED: 1/12/16

CLAPP, PETERSON, TIEMESSEN,
THORSNESS & JOHNSON, LLC
Attorneys for Defendant

By _____
John B. Thorsness
ABA No. 8211154

Clapp, Peterson, Tiemessen,
Thorsness & Johnson, LLC
711 H Street, Suite 620
Anchorage, Alaska 99501-3454
(907) 272-9272 fax (907) 272-9586

STIPULATION OF DISMISSAL WITH PREJUDICE (Civil Rule 41(a)(1)(A)(ii))
*Wagner v. Blue Cross Blue Shield of Illinois*, Case No. 3:14-cv-00213-JWS
Page 2 of 2